## MAY 16, 1977

No. 76–1076.   RAILROAD RETIREMENT BOARD *v.* KALINA.   Appeal from C. A. 6th Cir.   Motion of appellee for leave to

proceed *in forma pauperis* granted.   Judgment affirmed.   ■